[951 NYS2d 444]

DANIEL WILLIAMS et al., Appellants, v BEEMILLER, INC., Doing Business as HI-POINT, et al., Respondents, et al., Defendants, and UNITED STATES OF AMERICA, Intervenor-Respondent. (Appeal No. 2.)

Fourth Department, October 5, 2012

**APPEARANCES OF COUNSEL**

*Connors & Vilardo, LLP*, Buffalo (*James W. Grable, Jr.* and *Eric M. Soehnlein* of counsel), and *Brady Center to Prevent Gun Violence*, Washington, D.C. (*Jonathan E. Lowy*, of the Washing-

ton, D.C. bar, admitted pro hac vice, of counsel), for plaintiffs-appellants.

*Renzulli Law Firm, LLP*, White Plains (*Scott C. Allan* of counsel), for defendant-respondent Beemiller, Inc., Doing Business as Hi-Point.

*Scott L. Braum & Associates, Ltd.*, Dayton, Ohio (*Scott L. Braum*, of the Ohio bar, admitted pro hac vice, of counsel), and *Damon Morey LLP*, Buffalo (*Hedwig M. Auletta* of counsel), for defendant-respondent Charles Brown.

*Pisciotti, Malsch & Buckley, P.C.*, White Plains (*Jeffrey M. Malsch* of counsel), for defendant-respondent MKS Supply, Inc.

*William J. Hochul, Jr., United States Attorney*, Washington, D.C. (*Benjamin S. Kingsley* of counsel), for intervenor-respondent.

**OPINION OF THE COURT**

PERADOTTO, J.

Same opinion by PERADOTTO, J., as in *Williams v Beemiller, Inc.* (100 AD3d 143 [2012] [appeal No. 1]).

CENTRA, J.P., CARNI, LINDLEY and SCONIERS, JJ., concur.

It is hereby ordered that said appeal is unanimously dismissed without costs.